IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE EDWARDS and<br>CARL C. EDWARDS,<br><br>  Plaintiffs,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, et al.,<br><br>  Defendants. | No. C 10-03755 CRB<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL AND DENYING REQUEST TO STAY CASE** |

   Pro se Plaintiffs Beatrice and Carl Edwards have filed a Request for Assistance in obtaining pro bono counsel; they further ask the Court to stay proceedings pending appointment of counsel. That Motion is DENIED without prejudice.[1] If Plaintiffs wish to do so, they may visit the Volunteer Legal Services Program ("VLSP") located on the 15th floor of the Federal Building at 450 Golden Gate Avenue, Room 2796. Plaintiffs may make an appointment by calling 415-782-9000 x 8657. Depending on the outcome of Plaintiffs' consultation with VLSP, the Court may reconsider referring Plaintiffs to the Pro Bono Project upon a renewed Motion with an exhibit showing that VLSP believes their case is

//

//

---

[1] There is no constitutional right to counsel in a civil case. See United States v. 30.64 Acres of Land, 795 F.2d 796, 801 (9th Cir. 1986).

appropriate for appointment of counsel.

**IT IS SO ORDERED.**

Dated: January 3, 2011

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE