```
1  IAN FRASER-THOMSON   (BAR NO. 73526)
   JOSE A. MONTALVO      (BAR NO. 184484)
2  CESARI, WERNER AND MORIARTY
   360 Post Street, Fifth Floor
3  San Francisco, CA 94108-4908
   Telephone: (415) 391-1113
4  Facsimile:  (415) 391-4626
   5463-5M9
5  Attorneys for Defendant,
   MERCURY CASUALTY COMPANY (Erroneously sued as "Mercury Insurance" and
6  "Mercury Insurance Group")
```

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | BEATRICE EDWARDS AND CARL EDWARDS | ) No. CV 10 3755 CRB |
|---|---|---|
| 12 | | ) **ORDER OF DISMISSAL RE: MERCURY CASUALTY COMPANY (ERRONEOUSLY SUED AS "MERCURY INSURANCE" AND "MERCURY INSURANCE GROUP")** |
| 13 | Plaintiffs, | ) |
| 14 | vs. | ) |
| 15 | GRACE FRITS, MERCURY INSURANCE | ) |
| 16 | Defendants. | ) |

17

18

19       This Court having previously sustained MERCURY's demurrer with leave to

20 amend and twice allowing plaintiffs time to file an amended complaint, the last date to do so

21 was January 21, 2011, and plaintiffs having failed to file an amended complaint, the Court

22 issues the following order:

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

ORDER OF DISMISSAL RE: MERCURY CASUALTY COMPANY (ERRONEOUSLY SUED HEREIN AS "MERCURY INSURANCE" AND "MERCURY INSURANCE GROUP")

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2  plaintiffs' complaint filed against MERCURY CASUALTY COMPANY, erroneously sued
3  herein as "MERCURY INSURANCE" AND "MERCURY INSURANCE GROUP" is
4  dismissed with prejudice.

5  DATED: _____Feb. 8_____, 2011

   _____
   HONORABLE CHARLES R. BREYER

ORDER OF DISMISSAL RE: MERCURY CASUALTY COMPANY (ERRONEOUSLY SUED HEREIN AS "MERCURY INSURANCE" AND "MERCURY INSURANCE GROUP")