IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEATRICE EDWARDS,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

No. C 10-03755 CRB

**ORDER TO SHOW CAUSE**

    Defendant Kaiser filed a Motion for Summary Judgment, which is set to be argued on June 10, 2011. See dkt. 77. Plaintiffs' Opposition to that Motion was due on May 20, 2011. See Civil Local Rule 7-3. Plaintiffs have failed to file an Opposition. Accordingly, Plaintiffs are ORDERED to show cause why their case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). To the extent that Plaintiffs wish the Court to consider any additional evidence or written argument, such material shall be filed by 5:00 pm on Tuesday, May 31, 2011.

    **IT IS SO ORDERED.**

Dated: May 27, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3755\osc2.wpd