IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEATRICE EDWARDS and
CARL C. EDWARDS,

      Plaintiffs,

  v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

      Defendants.

No. C 10-03755 CRB

**JUDGMENT**

    Having granted Defendant Kaiser's Motion for Summary Judgment, the Court hereby enters judgment for Defendant Kaiser and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: June 20, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3755\judgment - Kaiser.wpd