IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE EDWARDS et al., | No. C10-03755 CRB |
| Plaintiffs, | **ORDER CLOSING CASE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

Upon having received Plaintiffs' Motion to Continue Actions to July 5, 2012 (dkt. 110), and GOOD CAUSE APPEARING THEREFOR, the Court finds that there is no reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is INSTRUCTED to submit a JS-6 form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of this action. However, **if Plaintiff does not reopen this case by August 1, 2012**, it will be dismissed.

**IT IS SO ORDERED.**

Dated: February 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE