**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEATRICE EDWARDS and
CARL C. EDWARDS,

       Plaintiffs,

   v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

       Defendants.

                  /

No. C 10-03755 CRB

**ORDER RE-OPENING CASE AND
SETTING CASE MANAGEMENT
CONFERENCE**

     Pro se Plaintiffs Carl C. Edwards and Beatrice Edwards move the Court to reopen
their case.[1]  Good cause appearing therefor, the Court hereby RE-OPENS this case.  A case
management conference is hereby SET for Friday, August 31, 2012 at 8:30 AM.

    **IT IS SO ORDERED.**

Dated: August 17, 2012

                 CHARLES  R. BREYER
                 UNITED STATES DISTRICT JUDGE

---

    [1] Plaintiffs also state that the will be filing a Motion for Default Judgment against all Defendants
on August 15, 2012.  The Court will not rule on a motion that is not before it.

G:\CRBALL\2010\3755\order reopening.wpd