IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE EDWARDS and<br>CARL C. EDWARDS,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | No. C 10-03755 CRB<br><br>**ORDER RE-OPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE** |

    Pro se Plaintiffs Carl C. Edwards and Beatrice Edwards move the Court to reopen their case.[1]  Good cause appearing therefor, the Court hereby RE-OPENS this case.  A case management conference is hereby SET for Friday, August 31, 2012 at 8:30 AM.

    **IT IS SO ORDERED.**

Dated: August 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs also state that the will be filing a Motion for Default Judgment against all Defendants on August 15, 2012.  The Court will not rule on a motion that is not before it.

G:\CRBALL\2010\3755\order reopening.wpd