SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sdma.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatrice Edwards and Carl Edwards,<br><br>    Plaintiffs,<br><br>    v.<br><br>Metropolitan Life Insurance Company; Grace Fritts; Mercury; Citibank,<br><br>    Defendants. | Case No. 3:10-cv-03755 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION UNDER CIVIL LOCAL RULE 6.3 TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

Based upon Defendant's Administrative Motion, and good cause appearing, it is hereby ORDERED that the currently scheduled Case Management Conference be continued to September 7, 2012, at 8:30 a.m.

IT IS SO ORDERED.

Date:  August 24, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

SF/2893458v1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION UNDER CIVIL LOCAL RULE 6.3 TO CONTINUE THE CASE MANAGEMENT CONFERENCE