1  LISA M. BERTAIN, CASB No. 124646
   lisa.bertain@kyl.com
2  ANNE REILLY, CASB No. 251803
   annie.reilly@kyl.com
3  KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   450 Pacific Avenue
5  San Francisco, California 94133
   Telephone:  (415) 398-6000
6  Facsimile:  (415) 981-0136

7
   Attorneys for Defendant
8  CITIBANK, N.A.

9

10
                     UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14 BEATRICE EDWARDS and CARL       )  Case No. C 10-03755 CRB
   EDWARDS,                        )
15                                 )  **DEFENDANT CITIBANK N.A.'S
                        Plaintiffs,)  REQUEST FOR TELEPHONIC
16                                 )  APPEARANCE AND [PROPOSED]
          vs.                      )  ORDER**
17                                 )
   METROPOLITAN LIFE INSURANCE     )
18 COMPANY, et al.,                )  Date:   September 7, 2012
                                   )  Time:   8:30 a.m.
19                     Defendants. )
                                   )
20                                 )

21
          Defendant CITIBANK, N.A. ("Defendant") hereby requests that its counsel
22
   of record, Anne Reilly, be permitted to appear by telephone at the Case Management
23

24        ///

25

26

27        ///

28
                                                                    KYL_SF568540

   DEFENDANT CITIBANK N.A.'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER C 10-
   03755

Conference which has been rescheduled from August 31, 2012 at 8:30 a.m. to September 7, 2012 at 8:30a.m. before the Honorable Charles R. Breyer.

DATED: August 30, 2012  /s/Anne Reilly
LISA M. BERTAIN
ANNE REILLY
KEESAL, YOUNG & LOGAN
ATTORNEYS FOR DEFENDANT
CITIBANK, N.A.

**ORDER**

IT IS HEREBY ORDERED that Defendant CITIBANK, N.A.'s counsel of record, Anne Reilly, may appear by telephone at the Case Management Conference scheduled for September 7, 2012 at 8:30 a.m. in Courtroom 6 of the United States District Court for the Northern District of California. Counsel shall contact Court Call in advance of the Case Management Conference to arrange for the telephonic appearance.

DATED: September 4, 2012

UNITED STATES NORTHERN DISTRICT CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer