LISA M. BERTAIN, CASB No. 124646
*lisa.bertain@kyl.com*
ANNE REILLY, CASB No. 251803
*annie.reilly@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE EDWARDS and CARL EDWARDS, <br><br> Plaintiffs, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. C 10-03755 CRB <br><br> **DEFENDANT CITIBANK N.A.'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** <br><br> Date:        September 7, 2012 <br> Time:        8:30 a.m. |

Defendant CITIBANK, N.A. ("Defendant") hereby requests that its counsel of record, Anne Reilly, be permitted to appear by telephone at the Case Management

///

///

1  Conference which has been rescheduled from August 31, 2012 at 8:30 a.m. to September
2  7, 2012 at 8:30a.m. before the Honorable Charles R. Breyer.
3
4
5
6  DATED: August 30, 2012                    /s/Anne Reilly
7                                            LISA M. BERTAIN
                                             ANNE REILLY
8                                            KEESAL, YOUNG & LOGAN
                                             ATTORNEYS FOR DEFENDANT
9                                            CITIBANK, N.A.
10
11                                    **ORDER**
12          IT IS HEREBY ORDERED that Defendant CITIBANK, N.A.'s counsel of
13  record, Anne Reilly, may appear by telephone at the Case Management Conference
14  scheduled for September 7, 2012 at 8:30 a.m. in Courtroom 6 of the United States
15  District Court for the Northern District of California.  Counsel shall contact Court Call
16  in advance of the Case Management Conference to arrange for the telephonic
17  appearance.
18
19
20
21
22  DATED:  September 4  , 2012
23                                            UNITED STATES NORTH
                                             DISTRICT                    R. BREYER
24
25
                                             IT IS SO ORDERED
26
                                             Judge Charles R. Breyer
27
28

- 2 -                                    KYL_SF568540