1

2 **ORDER** ~~[PROPOSED]~~

3

4 Pursuant to the Parties' request, it is hereby ORDERED that the last day for the parties to

5 file their respective motions is continued to April 19, 2013.

6

7 The hearing for the motions is also continued to ~~May 31, 2013~~. June 14, 2013 at 10:00 a.m..

8

9 IT IS SO ORDERED.

10

DATED: February 28, 2013

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer