IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEATRICE EDWARDS and
CARL C. EDWARDS,

    Plaintiffs,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

    Defendants.

No. C 10-03755 CRB

**ORDER DENYING REQUEST FOR CORRECTION OF TRANSCRIPT**

Pro se Plaintiffs Beatrice and Carl Edwards request that the transcript of the February 22, 2013 hearing be amended. See Request (dkt. 146). The Court DENIES Plaintiffs' request to amend the transcript, but notes such request for the record.

**IT IS SO ORDERED.**

Dated: March 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3755\order re transcript.wpd