IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEATRICE EDWARDS and
CARL C. EDWARDS,

    Plaintiffs,

v.

METROPOLITAN LIFE INSURANCE COMPANY et al.,

    Defendants.

No. CV 10-03755 CRB

**ORDER TO SHOW CAUSE**

On April 19, 2013, Defendant Metropolitan Life Insurance Company filed a Motion for Summary Judgment. See dkt. 155. Plaintiffs' Opposition to that Motion was due on May 3, 2013. See Civil Local Rule 7-3. Plaintiffs have failed to file an Opposition. Accordingly, Plaintiffs are ORDERED to show cause why their case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). To the extent that Plaintiffs wish the Court to consider any response to the motion, such material shall be filed by 5:00 pm on Wednesday, June 19, 2013.

It is further ORDERED that the hearing on Defendant's Motion, scheduled for Friday, June 14, 2013, is hereby CONTINUED until 10:00 am on July 12, 2013.

**IT IS SO ORDERED.**

Dated: June 12, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE